JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Rafael Arroyo, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>Baseline Enterprise LLC, a California Limited Liability Company; Car Care West, Inc., a California Corporation<br><br>Defendants. | CASE NO.: 2:19-cv-10641-DFM<br><br>The Honorable Douglas F. McCormick Magistrate Judge<br><br>**JUDGMENT**<br><br>Complaint Filed:12/17/19<br>Trial Date: 3/23/21 |

## JUDGMENT

Having ruled on the parties' cross-motions for summary judgment, the Court hereby ORDERS, ADJUDGES, AND DECREES that judgment is entered in this action as follows:

1. Plaintiff Rafael Arroyo Jr.'s Americans with Disabilities Act claim is dismissed as moot.

2. Judgment is granted in favor of Defendants Baseline Enterprise LLC and Car Care West, Inc. on Plaintiff Rafael Arroyo Jr.'s Unruh Civil Rights Act claim.

Date: October 28, 2020

_____

Hon. Douglas F. McCormick

United States Magistrate Judge